IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MOSES BROWN, on behalf of himself and all similarly situated individuals, | ) ) ) | Civil Action File No. 1:13-cv-0620-CAP |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| REFUSE MATERIALS, INC, and DONALD POPE, II. | ) ) ) | |
| Defendants. | ) | |

_____

**NOTICE OF FILING CONSENT TO JOIN COLLECTIVE ACTION**

COMES NOW, Plaintiff, by and through the undersigned counsel, and hereby notifies the Court of the filing of the CONSENT TO JOIN COLLECTIVE ACTION for Chris Doctor in the above-styled case.

This 27th day of February, 2013.

s/V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504

**BARRETT & FARAHANY, LLP**
1100 Peachtree Street, N.E.
Suite 500
Atlanta, GA 30309
(404) 214-0120

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MOSES BROWN, on behalf of himself and all similarly situated individuals, | ) ) ) ) | Civil Action File No. 1:13-cv-0620-CAP |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | |
| REFUSE MATERIALS, INC, and DONALD POPE, II. | ) ) ) | |
| Defendants. | ) | |

_____

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the attached Consent to Join with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Defendant's counsel has yet to make an appearance.

This 27th day of February, 2013.

                                                      s/V. Severin Roberts
                                                    V. Severin Roberts
                                                    Georgia Bar No. 940504