IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MOSES BROWN, on behalf of himself and all similarly situated individuals, <br><br> Plaintiff, <br> v. <br><br> REFUSE MATERIALS, INC, and DONALD POPE, II. <br><br> Defendants. | Civil Action <br> File No. <br><br> JURY TRIAL DEMANDED |

## CONSENT TO JOIN COLLECTIVE ACTION

1. I am a current or former employee of Refuse Materials, Inc. ("RMI"). I hereby consent to sue the above named Defendants for unpaid overtime compensation under the Fair Labor Standards Act of 1938, 29 U.S.C. § 216(b).

2. Within the last three (3) years, while employed by RMI, there were occasions in which I worked more than forty (40) hours in a given work week and was not paid overtime wages at one and one-half times my regular rate of pay for all hours that I worked over (40) hours.

3. I hereby agree to be bound by any adjudication of this action by the Court, and agree to be bound by any collective action settlement herein approved by my attorneys.

4. If this case does not proceed collectively, then I also consent to join any subsequent action to assert these claims.

5. I hereby designate Barrett & Farahany, LLP to represent me in this action.

Date: 2/24/13   Signature: *Chris Doctor*

Name (Print): Chris Doctor

Address: 711 W. Chattahoochee
Fitzgerald, Ga. 31750

Telephone No.: 229-457-4581

Email address: _____

Return this Form to: V. Severin Roberts, *Esq.*
Re: FLSA Litigation
BARRETT & FARAHANY, LLP
1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120
(404) 214-0125 (facsimile)
vsroberts@bf-llp.com