IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| MOSES BROWN, on behalf of himself and all similarly situated individuals, | ) ) ) | Civil Action File No. 7:13-CV-0037-HL |
| Plaintiff, | ) ) | |
| v. | ) ) | JURY TRIAL DEMANDED |
| REFUSE MATERIALS, INC, and DONALD POPE, II. | ) ) ) | |
| Defendants. _____ | ) ) | |

## PLAINTIFF MOSES BROWN'S ANSWER TO COUNTERCLAIM OF DEFENDANT POPE

**COMES NOW** Plaintiff Moses Brown (hereinafter "Counterclaim Defendant" or "Brown"), by and through undersigned counsel, and files his Answer to Defendant Pope's Counterclaim of Defamation.

1.

Brown admits that the Court has personal jurisdiction over the Plaintiff, and venue is proper for purposes of Defendant's counterclaim.

2.

Brown denies the allegations of numbered paragraph 2.

3.

Brown denies the allegations of numbered paragraph 3.

4.

In response to numbered paragraph 4, Brown incorporates his previously asserted responses to the paragraphs referenced therein.

5.

Brown denies the allegations of numbered paragraph 5, except that Brown admits that his Complaint alleges that Pope did, in fact, commit a battery against him.

6.

Counterclaim Defendant admits that Pope's battery against Brown constitutes a crime punishable by law.

7.

Brown denies the allegations of numbered paragraph 7.

8.

Brown denies the allegations of numbered paragraph 8.

9.

Brown denies the allegations of numbered paragraph 9.

10.

In response to numbered paragraph 10, Brown incorporates his previously asserted responses to the paragraphs referenced therein.

11.

Brown denies the allegations of numbered paragraph 11.

12.

Brown denies the allegations of numbered paragraph 12.

13.

Brown admits that Defendant Pope requests that the jury award a judgment which awards punitive damages. Brown denies that Pope is entitled to a judgment of any kind, and denies that Pope is entitled to an award of punitive damages. Brown denies that he has committed any unlawful conduct against Pope.

14.

In response to numbered paragraph 14, Brown incorporates his previously asserted responses to the paragraphs referenced therein.

15.

Brown denies the allegations of numbered paragraph 15.

16.

Brown denies the allegations of numbered paragraph 16.

## Counterclaim Defendant's Affirmative Defenses

### FIRST DEFENSE

To the extent not already specifically addressed above, Brown denies each and every allegation not expressly admitted herein.

### SECOND DEFENSE

Pope's Counterclaim is barred in whole or in part because it has failed to state a claim upon which relief can be granted.

### THIRD DEFENSE

Pope's Counterclaim is barred because of illegality in that it is unlawful to file a retaliatory counterclaim to an FLSA complaint.

### FOURTH DEFENSE

Pope's Counterclaim is barred in whole or in part to the extent Pope failed to mitigate his damages.

### FIFTH DEFENSE

Pope's Counterclaim fails in whole or in part to state a claim upon which relief may be granted by this Court.

Brown reserves the right to assert additional defenses which may become known or relevant during the course of discovery.

**WHEREFORE**, Counterclaim Defendant respectfully requests that this Court:

(A) Dismiss Pope's Counterclaim in its entirety and with prejudice;

(B) Deny each and every prayer for relief identified in Pope's Counterclaim;

(C) Award against Pope, Brown's reasonable attorney's fees, expenses and costs associated with defending this action, along with such other and further relief as the Court may deem proper.

(D) Brown demands a trial by jury as to all triable issues of fact.

Respectfully submitted,

This 12th day of April, 2013.

        **BARRETT & FARAHANY, LLP**

        <u>/s/ V. Severin Roberts</u>
        Amanda A. Farahany
        Georgia Bar No. 646135
        Benjamin F. Barrett
        Georgia Bar No. 039586
        V. Severin Roberts
        Georgia Bar No. 940504
        Attorneys for Plaintiff Moses Brown

1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
Telephone: (404) 214-0120
Facsimile: (404) 214-0125

vsroberts@bf-llp.com
amanda@bf-llp.com
ben@bf-llp.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **PLAINTIFF MOSES BROWN'S ANSWER TO COUNTERCLAIM OF DEFENDANT POPE** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Charles E. Cox, Esq.
P.O. Box 67
3464 Vineville Avenue
Macon, Georgia 31202-0067

This 12th day of April, 2013.

By: s/V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504

BARRETT & FARAHANY, LLP
1100 Peachtree Street, N.E.
Suite 500
Atlanta, Georgia 30309