

April 23, 2013

Ms. Holly R. McCarra
Arbitration Clerk
United States District Court
Middle District of Georgia
475 Mulberry Street
Macon, Georgia 31201-0128

    Re:    **Moses Brown v. Refuse Materials, Inc., et al.**
            **Civil Action No. 7:13-cv-37 (HL)**

Dear Ms. McCarra:

Plaintiff Moses Brown, through undersigned counsel, hereby provides notice, pursuant to Local Rule 16.2.4(a), that he elects to opt-out of arbitration.

Yours very truly,

V. Severin Roberts
Attorney for Plaintiff Moses Brown

1100 PEACHTREE STREET, N.E.
SUITE 500
ATLANTA, GA 30309

TEL: (404) 214-0120
FAX: (404) 214-0125
WWW.BF-LLP.COM