IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MOSES BROWN, on behalf of himself And all similarly situated individuals, | : : : | |
| Plaintiff, | : : | |
| v. | : : | CIVIL ACTION NO. 7:13-CV-00037-HL |
| REFUSE MATERIALS, INC., and DONALD POPE, II. | : : : | |
| Defendants. | : | |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT REFUSE MATERIALS, INC.

COME NOW Defendant Refuse Materials, Inc., by and through its undersigned counsel, and hereby submits its Corporate Disclosure Statement and shows as follows:

1.

Refuse Materials, Inc. is a privately held corporation.  There is no parent corporation or ownership by any other publicly held corporation.

1

Respectfully submitted this April 25, 2013.

/s/ *Charles E. Cox, Jr.*
Ga. Bar No. 192305
COUNSEL FOR DEFENDANTS

CHARLES E. COX, JR., LLC
Attorney at Law
P.O. Box 67
3464 Vineville Avenue
Macon, Georgia 31202-0067
(478) 757-2990 phone
(478) 757-2991 facsimile
charles@cecoxjr.com

/s/ *Robert Edward Walker*
Ga. Bar No. 732820
COUNSEL FOR DEFENDANTS

WALTERS, PUJADAS & WALKER, PC
113 South Cherry Street
Ocilla, GA 31774
(229) 468-7472 phone
(229) 468-9022
robw@mchsi.com

## CERTIFICATE OF SERVICE

On 25 April 2013, I electronically filed the foregoing CORPORATE DISCLOSURE STATEMENT with the Office of the Clerk, using the CM/ECF system. Notification of this filing will be served electronically by the Clerk on all counsel of record.

                Respectfully submitted,

                */s/ Charles E. Cox, Jr.*
                Ga. Bar No. 192305
                COUNSEL FOR DEFENDANTS

CHARLES E. COX, JR., LLC
Attorney at Law
P.O. Box 67
3464 Vineville Avenue
Macon, Georgia 31202-0067
(478) 757-2990 phone
(478) 757-2991 facsimile
charles@cecoxjr.com