UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
MIDDLE DISTRICT OF GEORGIA
478 MULBERRY STREET
PO BOX 128
MACON, GEORGIA 31202-0128

GREGORY J. LEONARD, Clerk
Telephone: (478) 752-3497
Facsimile:  (478) 752-3496

OFFICES
ALBANY 31701
ATHENS 30601
COLUMBUS 31902
MACON 31202
VALDOSTA 31601

# MEMORANDUM

TO:     All Counsel and *Pro Se* Parties

FROM:   Gregory J. Leonard

DATE:   May 20, 2013

RE:     Brown v. Refuse Materials Inc., et al.
        Case Number 7:13-CV-37(HL)


The joint, proposed Scheduling/Discovery Order requested from the parties by the Court's Rules 16/26 Order is now **past due**. Unless the proposed order is received within 14 days from the date of this memorandum, the case file will be referred to the district judge for possible sanctions.